NOV 19 2024 PM3:06
FILED-USDC-CT-NEW HAVEN

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 11221221

for the

District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 1:55 pm, Oct 16, 2024

United States of America
v.

ANDREW JOHNSON

*Defendant*

Case No. 22-cr-00414-JEB-

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ANDREW JOHNSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:
*SEALED* MINUTE ORDER as to ANDREW JOHNSON(1): The Court ORDERS that: 1) The Government's 76 Motion to Revoke Release is GRANTED; 2) The Government's prior 75 Motion to Revoke is DENIED as moot; and 3) The Court will separately issue a bench warrant for Defendant's arrest.(This document is SEALED and only available to authorized persons.) So ORDERED by Chief Judge James E. Boasberg on 10/16/2024.(znbn) (Entered: 10/16/2024)

Date: 10/16/2024

JEB
*Issuing officer's signature*

City and state: WDC

James E. Boasberg, USDC Chief Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/16/24, and the person was arrested on *(date)* 11/19/24
at *(city and state)* New Haven, CT.

Date: 11/19/24

Steven S. Sam
*Arresting officer's signature*

Steven L Laurenzi DUSM
*Printed name and title*